IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE MINNESOTA MUTUAL LIFE
INSURANCE COMPANY AND
ASCEND FINANCIAL SERVICES                                          PLAINTIFFS

V.                    CASE NO. 4:98-cv-00463-WRW

C. DOUGLAS GULLEY, JR. ET AL.                                       DEFENDANTS

## ORDER

As there exist no further claims between these parties, the Clerk is directed to release to plaintiffs any and all funds deposited with the Clerk pursuant to the Order of September 1, 1998 (Doc. # 10), after which the case will be considered terminated.

IT IS SO ORDERED this _7th_ day of _May_, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE